**PEREY v. NEW YORK RAPID TRANSIT CORPORATION.**

Circuit Court of Appeals, Second Circuit.
December 5, 1927.

No. 154.

Appeal from the District Court of the United States for the Eastern District of New York.

Appeal from a decree pendente lite, enjoining the defendant from infringing patent 1,307,317 to Frank Joseph Perey.

Cavanagh & James, of New York City, for appellant.

William E. Warland, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. This is a companion cause to Perey v. Perey Manufacturing Co., 22 F.(2d) 928, decided herewith. In view of what we have said in the main case, no discussion is necessary here.

Decree reversed.